469 A.2d 313

Fuller-Craig v. Keystone Ins. Co., Appellant.

620

Pamela Gagne, for appellant; JoAnna Hamill Flum, for appellee.

Before MONTEMURO, WATKINS and HOFFMAN, JJ.

Affirmed and remanded for a determination of reasonable appellee's attorney's fees arising from this appeal. Jurisdiction is not retained.

WATKINS, J., filed a memorandum dissenting statement.